STEVEN CARRINGTON, Appellant, v PH SUPERINTENDENT MOORE, as Hearing Officer, et al., Respondents.

Submitted June 15, 2015; decided September 17, 2015

Motion to vacate this Court's May 18, 2015 dismissal order granted [*see* 25 NY3d 1068 (2015)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

REGINA FARAGE, Appellant, v LANCE EHRENBERG, ESQ., Respondent.

Submitted July 27, 2015; decided September 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of JACQUELIN M., Appellant, v JOSEPH M., Respondent.

Submitted July 27, 2015; decided September 17, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.